**DISMISS and Opinion Filed July 26, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00237-CR**

**NATHAN CHANCE NEIGHBORS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 14-10508-422-F**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

Before the Court is appellant's July 14, 2021 motion to withdraw his appeal, signed by appellant and his appellate counsel. *See* TEX. R. APP. P. 42.2(a). We grant the motion and dismiss this appeal.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
210237F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

NATHAN CHANCE NEIGHBORS, Appellant

No. 05-21-00237-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 422nd Judicial District Court, Kaufman County, Texas

Trial Court Cause No. 14-10508-422-F.

Opinion delivered by Justice Reichek. Justices Schenck and Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered July 26, 2021